IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YELENA YENTIN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAELS, LOUIS & | : | |
| ASSOCIATES, INC., et al. | : | NO. 11-0088 |

<u>ORDER</u>

AND NOW, this 14th day of September, 2011, upon consideration of plaintiffs' complaint (docket entry # 1), defendants' motion to dismiss plaintiffs' complaint (docket entry # 3), plaintiffs' response in opposition to defendants' motion (docket entry # 5), and defendants' reply in support of their motion (docket entry # 6), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

    1.   Defendants' motion to dismiss plaintiffs' complaint (docket entry # 3) is GRANTED IN PART;

    2.   Count I of plaintiffs' complaint is DISMISSED insofar as it asserts claims for failure to conduct an investigation, failure to verify debt under 15 U.S.C. § 1692g(b), and violations of 18 Pa. Cons. Stat. § 7311; and

    3.   By September 28, 2011, plaintiffs may FILE an amended complaint that includes specific factual allegations

supporting violations of 15 U.S.C. §§ 1692g(b) and 1692e(5).

BY THE COURT:


\_\_\s\Stewart Dalzell