```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YELENA YENTIN, et al.             :      CIVIL ACTION
                                  :
         v.                       :
                                  :
MICHAELS, LOUIS &                 :
ASSOCIATES, INC., et al.          :      NO. 11-0088
```

ORDER

AND NOW, this 14th day of September, 2011, upon consideration of plaintiffs' complaint (docket entry # 1), defendants' motion to dismiss plaintiffs' complaint (docket entry # 3), plaintiffs' response in opposition to defendants' motion (docket entry # 5), and defendants' reply in support of their motion (docket entry # 6), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

      1.   Defendants' motion to dismiss plaintiffs' complaint (docket entry # 3) is GRANTED IN PART;

      2.   Count I of plaintiffs' complaint is DISMISSED insofar as it asserts claims for failure to conduct an investigation, failure to verify debt under 15 U.S.C. § 1692g(b), and violations of 18 Pa. Cons. Stat. § 7311; and

      3.   By September 28, 2011, plaintiffs may FILE an amended complaint that includes specific factual allegations

supporting violations of 15 U.S.C. §§ 1692g(b) and 1692e(5).

BY THE COURT:


__\s\Stewart Dalzell